# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

In re:  Ernest Linwood Chandler III    Case Number: 05-30331
      Carolyn L Chandler              Chapter :   13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

     Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

|  | **Amount of Dividend** |
|---|---|
| **Ernest Linwood Chandler III** | **$ 0.23** |
| **Carolyn L Chandler** | |
| **3413 Meadowbridge Road** | |
| **Richmond, VA  23222-2832** | |

**Dated: July 30, 2010**

\S\ Robert E. Hyman
_____
**(Signature of Trustee)**

**Robert E. Hyman
Standing Chapter 13 Trustee
P.O. Box 1780
Richmond, VA. 23218-1780**